ALEXANDER BREYTMAN, Appellant, v OLINVILLE REALTY, LLC, Respondent.

Submitted July 22, 2013; decided October 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of CAROLYN ANNE COLEMAN, Respondent, v COMPASS GROUP USA, INC./CHARTWELLS, Appellant. WORKERS' COMPENSATION BOARD, Respondent.

Submitted July 8, 2013; decided October 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ANDREW CORRIGAN, Appellant, v STELLAR MANAGEMENT, LLC, et al., Respondents.

Submitted July 29, 2013; decided October 10, 2013

Motion for reargument of motion for leave to appeal denied [see 21 NY3d 985 (2013)]. Motion for poor person relief dismissed as academic.